**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BONHAC WORLD CORPORATION,

                Plaintiff,

-against-                                21 **CIVIL** 9239 (NSR)

**JUDGMENT**

MELLIN WORKS LLC, DBA EAZYHOLD

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 20, 2023, Defendant's motion to dismiss Plaintiff's Complaint is GRANTED. All claims against Defendant are dismissed; accordingly, the case is closed.

**Dated:** New York, New York

       January 23, 2023

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                              **BY:**         K. Mango

                                                             **Deputy Clerk**